AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
February 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ EP _____
            DEPUTY

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

United States of America
v.
Wladimir VERA-Villamizar )
) Case No. EP:24-M-00652-LS
)
)
)
)
_____ )
         Defendant

Received
FEB 1 3 2024    El Paso
USMS W/TX

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Wladimir VERA-Villamizar                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date:   02/13/2023

_____
*Issuing officer's signature*

City and state:  EL PASO, TEXAS                    Leon Schydlower, U.S. Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                         _____
                                           *Arresting officer's signature*

                                           _____
                                           *Printed name and title*