AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF TEXAS

**FILED**
February 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____EP_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Wladimir VERA-Villamizar | ) Case No. EP:24-M-00652-LS |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Received
FEB 13 2024
USMS W/TX
El Paso

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Wladimir VERA-Villamizar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date: 02/13/2023

*Issuing officer's signature*

City and state: EL PASO, TEXAS

Leon Schydlower, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/13/2024, and the person was arrested on *(date)* 02/13/2024
at *(city and state)* _____.

Date: 02/13/2024

*Arresting officer's signature*

David R Valles BPA
*Printed name and title*