# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

USA

vs.                                                Case Number:  EP:24-M -00652(1)  LS

(1) Wladimir Vera-Villamizar

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, Robert J. Perez, a duly licensed attorney in this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so **ORDERED** this **February 14, 2024.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**LEON SCHYDLOWER**

bef

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Feb 14 2024
Clerk, U.S. District Court
Western District of Texas

By: *VMedina*
Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | Case Number: EP:24-M -00652(1) LS |
| vs. | § | |
| | § | |
| (1) Wladimir Vera-Villamizar | § | 8 USC 1325(a)(1) |
| *Defendant* | | |

## INITIAL APPEARANCE

On **February 14, 2024**, the defendant appeared in Court before U.S. Magistrate Judge **LEON SCHYDLOWER**. The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted.

5) The right to consideration of bail.

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**
( X ) Counsel Appointed / Retained: **CJA  Robert J. Perez (915) 542-1222**

**Next Hearing Date/Time**
( X ) **DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE   February 26, 2024**
at  **01:30 PM**

**525 Magoffin Avenue, El Paso, TX 79901     Magistrate Courtroom, Room 512**

**Bond**
( X ) No Bond Set.  Temporary Detention Ordered.

**Interpreter Needed:**     Interpreter: Spanish          **Record FTR Gold**

**Time:**  2:00 - 2:08 = 0 Minutes       **Arrest Date:**
                                                              El Paso County

Arresting Agency:   El Paso Sector Border Patrol - VALLES, DAVID R.
Courtroom Deputy: Veronica Medina (915) 834-0518
Interpreter: B. Espinosa

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | Case Number: EP:24-M -00652(1) |
| (1) Wladimir Vera-Villamizar | § | |

**ORDER SETTING DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE**, **February 26, 2024 at 01:30 PM** in **Magistrate Courtroom, Room 512, before U.S. Magistrate Judge Schydlower.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **14th day of February, 2024.**

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: EP:24-M-00652(1) LS |
| | § | |
| (1) Wladimir Vera-Villamizar | § | |

## ORDER OF TEMPORARY DETENTION

Under 18 U.S.C. §§ 3142(d)(1)(B) and 3142(d)(2), I find that the defendant "is not a citizen of the United States or lawfully admitted for permanent residence…[and] may flee." Accordingly, unless a component of the Department of Homeland Security arrested the defendant, the attorney for the government is directed to notify the appropriate immigration authorities, and notification via email suffices. The detention hearing is set for February 26, 2024.

SO ORDERED.

**SIGNED AND ENTERED** on **February 14, 2024**.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE