(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
02/26/2024
Clerk, U.S. District Court
Western District of Texas
*VMedina*
**Deputy**

UNITED STATES OF AMERICA

vs.

(1) Wladimir Vera-Villamizar

Defendant.

CASE NUMBER: EP:24-M -00652(1) - LS
USM Number:

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Wladimir Vera-Villamizar, was represented by counsel, Robert J. Perez.

The defendant pled guilty to the complaint on February 26, 2024. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | 02/05/2024 |

As pronounced on February 26, 2024, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **15 days.** The defendant shall remain in custody pending service of sentence.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.** In addition, the **fine is waived** because of the defendant's inability to pay.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 26th day of February, 2024.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

Vane bef

# United States District Court
## Western District of Texas
## El Paso Division

FILED
02/26/2024

Clerk, U.S. District Court
Western District of Texas

By: *V. Medina*
Deputy

## PLEA AND SENTENCE

**Case Number: EP:24-M-00652(1) LS**

DEFENDANT'S NAME: Wladimir Vera-Villamizar
ATTY FOR DEFENDANT: Robert J. Perez

JUDGE: LEON SCHYDLOWER
AUSA: Shannon Holderfield
DEPUTY CLERK: Veronica Medina
INTERPRETER: T. Saenz   [X] Spanish   [ ] No
COURT REPORTER: ERO
PROB. OFFICER:
PRETRIAL OFFICER:
DATE: Monday, February 26, 2024
TIME: **0** Minutes   **1:35-1:53**

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| [ ] INITIAL APPEARANCE HELD | | [ ] | [ ] |
| [X] ARRAIGNMENT HELD | | [X] | [ ] |
| [ ] DFT INFORMED OF RIGHTS/oral consent to plea | | [X] | [ ] |
| [X] GUILTY DEFT [DftNo1] COUNT(S): COMPLAINT | | | |
| [X] GUILTY PLEA ACCEPTED BY THE COURT | | [X] | [ ] |
| [ ] Information Filed On _____ | | [ ] | [ ] |
| [ ] Motion to Dismiss Complaint filed on _____ | | [ ] | [ ] |
| [ ] Court Grants Motion to Dismiss on _____ | | [ ] | [ ] |
| [ ] Order Dismissing Complaint entered on _____ | | [ ] | [ ] |
| [X] Oral Motion by AUSA to Remit Special Assessment | | [X] | [ ] |
| [X] Oral Order Granting Oral Motion to Remit Special Assessment | | [X] | [ ] |
| [X] SENTENCING HELD: Defendant sentenced to **15 days**. **$0** Fine; S/A REMITTED. | | | |

OTHER: _____